Per Curiam.

(No. 7003

Parke, Davis and Company, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed February 1, 1973.*

Parke, Davis and Company, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 7004

Gulf Oil Company—U.S., Claimant, *vs.* State of Illinois, Department of Corrections, Respondent.

*Opinion filed February 1, 1973.*

P. K. Fitzwilliam, Attorney for Claimant.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.